### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR217** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **SHAMALE LANETTA KENNER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Shamale Lanetta Kenner (Kenner) to reveal the identity of a confidential informant (Filing No. 20). The government has filed a response representing that the information sought in Kenner's motion has now been supplied to Kenner (Filing No. 22). Accordingly, Kenner's motion to reveal (Filing No. 20) is denied as moot.

**IT IS SO ORDERED.**

DATED this 21st day of June, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge