PS 42
(Rev 07/93)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 AUG 23 PM 1: 53

OFFICE OF THE CLERK

# United States District Court
District of Nebraska

## District of Nebraska

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **vs** | ) | |
| | ) | |
| **Shamale Lanetta Kenner** | ) | **Case No. 8:05CR217** |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Shamale Lanetta Kenner, have discussed with Angelique M. Johnson, Pretrial Services Officer Assistant, modification of my release as follows:

7(k) The defendant shall reside at the Oxford House, 4231 S. 12th Street, Omaha, Nebraska, phone number 504-4857 and shall abide by the rules and regulations of the aforementioned facility.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8-15-05  _____  8/15/05
Signature of Defendant          Date        Pretrial Services  Officer          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  8/17/05
Signature of Defense Counsel          Date

[X]  The above modification of conditions of release is ordered, to be effective on _8/15/05_.

[ ]  The above modification of conditions of release is not ordered.

_____  8/23/05
Signature of Judicial Officer          Date